| 1 | Susan St. Vincent |
| 2 | Yosemite Legal Officer |
|   | NATIONAL PARK SERVICE |
| 3 | Legal Office |
|   | P.O. Box 517 |
| 4 | Yosemite, California 95389 |
|   | Telephone: (209) 372-0241 |
| 5 | |



FILED
MAY 15 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-mj-022-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| MARCEL ANDRES SIMON, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Marcel Andres SIMON failed to pay a $250 fine, failed to provide proof that he completed 50 hours of community service within the first 10 months of his probation, and failed to provide proof that he attended AA at a rate of two sessions per week for 6 months.

As the legal officer, I am aware that SIMON was charged with being under the influence of alcohol, in violation of Title 36 Code of Federal Regulations § 2.35(c). On June 08, 2016, SIMON plead guilty to being under the influence of alcohol. SIMON was

sentenced to 12 months of unsupervised probation, with the conditions he pay a $250 fine within 10 months; perform 50 hours of community service within the first 10 months of his probation; attended AA at a rate of two times per week for 6 months.

The government alleges SIMON has violated the following condition(s) of his unsupervised probation:

CHARGE ONE: FAILURE TO PAY FINE

SIMON was ordered to pay a $250 fine within the first 10 months of his probation at a rate of $25 per month. As of the date of this affidavit, SIMON has not paid any of the $250 fine.

CHARGE TWO: FAILURE TO PERFORM COMMUNITY SERVICE

SIMON was ordered to complete 50 hours of community service within the first 10 months of his probation. As of the date of this affidavit, SIMON has not provided any proof that he has completed his community service.

CHARGE THREE: FAILURE TO ATTEND AA

SIMON was ordered to attend AA sessions at a rate of two per week during the entire period of probation. As of the date of this affidavit, SIMON has not provided any proof that he has attended any AA sessions.

_5/15/17_
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_5/15/17_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2