HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARCEL ANDRE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00022-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | ) |
| MARCEL ANDRE SIMON, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Marcel Andre Simon, that Mr. Simon's term of unsupervised probation be extended to expire on February 16, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to January 23, 2018.

Mr. Simon's review hearing was originally scheduled for December 19, 2017. However, due to the Court's unavailability, Mr. Simon's review hearing was advanced to December 5, 2017. The Court's order was for Mr. Simon to continue attending an outpatient program for 7 months. The 7-month period ended on November 16, 2017. Mr. Simon has been working diligently to get a letter from the program's director confirming his attendance for the past 7 months, but due to the holidays, the director has been out of town—he is set to return on

Monday, December 4, 2017. The parties thus request that Mr. Simon's review hearing be continued to January 23, 2018 and that his probation be extended to February 16, 2018 to give Mr. Simon adequate time to get the letter from the director of the out-patient program.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 1, 2017     /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 1, 2017     /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
MARCEL ANDRE SIMON

## ORDER

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the December 5, 2017 hearing for Marcel Andre Simon, Case No. 6:16-mj-00022-MJS, is continued to January 23, 2018 at 10:00 a.m., and his probation is extended to February 16, 2018.

IT IS SO ORDERED.

Dated: December 3, 2017     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE