Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARCEL ANDRE SIMON,<br><br>　　　　Defendant. | DOCKET NO. 6:16-mj-0022-MJS<br><br>**MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　　Defendant, SIMON was charged with being under the influence of alcohol, in violation of Title 36 Code of Federal Regulations § 2.35(c).  On June 08, 2016, SIMON plead guilty to being under the influence of alcohol.  SIMON was sentenced to 12 months of unsupervised probation, with the conditions he pay a $250 fine within 10 months; perform 50 hours of community service within the first 10 months of his probation; attended AA at a rate of two times per week for 6 months.

　　　　On May 15, 2107 the Government filed a Notice of Probation Violation alleging SIMON had failed to pay fine, had filed to perform community service and had failed to attend AA.  On May 16, 2017, SIMON appeared at a review hearing and provided proof of completion of community service and payment of the fine.  The Government moved to dismiss charges one and two of the probation violation.  The Court entered a dismissal

1

of those two counts and continued the hearing on charge three, and extended probation for an additional eight months for SIMON to continue alcohol treatment for an additional six months. The Government has been provided proof of attendance at alcohol treatment as ordered. The Government herewith withdraws charge three of the Allegation of Probation Violation in this matter.

As the conditions of probation have been met, the Government requests the review hearing in this matter set for January 23, 2018 be vacated.

Dated: January 18, 2018        By: /s/ Susan St. Vincent
                                                  Susan St. Vincent
                                                  Legal Officer
                                                  Yosemite National Park, CA

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that charge three of the Statement of Alleged Probation Violation(s) in *U.S. v. Simon 6:16-mj-0022-MJS*, filed on May 15, 2017 is retracted. The review hearing scheduled for January 23, 2018 is vacated.

IT IS SO ORDERED.

Dated:   January 18, 2018                     /s/ *Michael J. Seng*
                                                                       UNITED STATES MAGISTRATE JUDGE